## SOUTHERN RAILWAY COMPANY *v.* GARLAND.

BECK, J. 1. The exceptions to the charge of the court and to the rulings made during the trial are without merit.
2. The evidence is sufficient to support the verdict.
*Judgment affirmed. All the Justices concur.*
SEPTEMBER 24, 1913.

Action for damages. Before Judge Jones. Stephens superior court. May 13, 1912.

*Fermor Barrett, DeW. Owen,* and *A. G. & Julian McCurry,* for plaintiff in error. *Claude Bond,* contra.